# United States District Court
## Middle District of Florida
### Orlando Division

DONNA M. KNOPE,

            **Plaintiff,**

-vs-                                               **Case No.  6:07-cv-1576-Orl-31GJK**

COMMISSIONER OF SOCIAL SECURITY,

            **Defendant.**

_____

## Report And Recommendation

## To the United States District Court

      This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 13)** |
| **FILED:** | **January 7, 2003** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

      It is RECOMMENDED that the decision of the Commissioner be reversed under sentence four of 42 U.S.C. § 405(g) and this case be remanded to the Commissioner of Social Security for the following reasons:

      To permit the ALJ to re-evaluate Plaintiff's medical impairments, including her obesity, in accordance with Social Security Ruling 021-1p, to provide a new residual functional capacity finding and a clear statement of whether Plaintiff is disabled based on an updated review of the medical evidence after conducting a supplemental hearing with vocational expert testimony.

It is therefore recommended that the Commissioner's motion for entry of judgment with remand [Docket No. 13] be **GRANTED**.

Failure to file written objections to the proposed findings and recommendations in this report pursuant to 28 U.S.C. § 636 (b)(1) and Local Rule 6.02 within eleven days of the date of its filing shall bar an aggrieved party from a *de novo* determination by the district court of issues covered in the report, and shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 15, 2008.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

-2-