# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DONNA M. KNOPE,**

          **Plaintiff,**

**-vs-**                                                                   **Case No.  6:07-cv-1576-Orl-31GKJ**

**COMMISSIONER OF SOCIAL SECURITY ,**

          **Defendant.**

_____

## ORDER

This cause comes before the Court on Commissioner of Social Security's Motion to Remand Case (Doc. No. 13) filed February 15, 2008.

On February 15, 2008, , the United States Magistrate Judge issued a report (Doc. No. 14) recommending that the motion be granted, the decision of the Administrative Law Judge be reversed, and the case be remanded for further proceedings.   No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.      The Motion to Remand is **GRANTED**.

    3.      The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g). and the case is remanded for further proceedings consistent with the Report and Recommendation.

    4.    The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 7, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

*/s/ Gregory A. Presnell*
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE